IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. ARKIN. | CASE NO. CV-F-03-5297 LJO |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date: February 23, 2006 |
| SPENCER BATCHELDER, et al., | Time: 8:30 a.m |
| Defendants. | Dept.: 6 (LJO) |
| _____/ | |

This Court conducted an October 26, 2005 status conference to address the pending appeal before the Ninth Circuit Court of Appeals. Plaintiff Michael B. Arkin appeared by telephone by counsel Kenneth M. Foley. Defendants Spencer Batchelder and County of Calaveras appeared by counsel Michael G. Woods, McCormick, Barstow, Sheppard, Wayte & Carruth LLP. At the status conference, counsel explained they have fully briefed the matter and await a date for oral argument before the Ninth Circuit. On the basis of good cause, this Court SETS a status conference for February 23, 2006 at 8:30 a.m. in Department 6 (LJO). The parties may appear at the conference by arranging a one-line conference call and telephoning the Court at (559) 498-7322.

IT IS SO ORDERED.

**Dated:   October 26, 2005**          /s/ Lawrence J. O'Neill
66h44d                              UNITED STATES MAGISTRATE JUDGE