IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. ARKIN, | CASE NO. CV F 03-5297 LJO |
| Plaintiff, | **ORDER TO ENTER JUDGMENT AFTER APPEAL AND TO CLOSE ACTION** |
| vs. | |
| SPENCER BATCHELER, et. al, | |
| Defendants. / | |

With its March 21, 2005 decision, this Court denied defendant Spencer Batchelder ("Mr. Batchelder") summary adjudication on plaintiff Michael B. Arkin's ("Mr. Arkin's") 42 U.S.C. § 1983 claim based on Mr. Arkin's expressive conduct as to Calaveras County District Attorney's Office employees. This Court also denied Mr. Batchelder qualified immunity as to the claim. However, this Court granted Mr. Batchelder summary adjudication on Mr. Arkin's 42 U.S.C. § 1983 claim that Mr. Batchelder wrongfully terminated Mr. Arkin's contract with Calaveras County to provide legal services in child dependency proceedings. This Court granted Calaveras County summary judgment on Mr. Arkin's claims, and judgment was so entered.

On appeal, the Ninth Circuit Court of Appeals reversed this Court's decision as to Mr. Arkin's surviving claims and determined that Mr. Batchelder is entitled to qualified immunity. All of Mr.

1

1   Arkin's claims against Mr. Batchelder have been adjudicated in Mr. Batchelder's favor.  Accordingly,
2   this Court DIRECTS the clerk to enter judgment in favor of defendant Spencer Batchelder and against
3   plaintiff Michael B. Arkin and to close this action.
4        IT IS SO ORDERED.
5   **Dated:     March 28, 2007**              **/s/ Lawrence J. O'Neill**
    66h44d                                      UNITED STATES DISTRICT JUDGE